SIMPSON THACHER & BARTLETT LLP
JONATHAN SANDERS (SBN: 228785)
jsanders@stblaw.com
2550 Hanover Street
Palo Alto, California  94304
Telephone:  (650) 251-5000
Facsimile:  (650) 251-5002

ARMAN ORUC (*pro hac vice*)
aoruc@stblaw.com
JONATHAN LIN (*pro hac vice*)
jlin@stblaw.com
JANE LEE (*pro hac vice*)
jlee@stblaw.com
1155 F Street, N.W.
Washington, D.C. 20004
Telephone:  (202) 636-5500
Facsimile: (202) 636-5502

Counsel for Defendants
LG Display Co., Ltd. and LG Display America, Inc.

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sony Electronics Inc. and Sony Computer Entertainment America LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LG Display Co., Ltd. and LG Display America, Inc.,<br><br>Defendants. | Case No. CV-10-5616-SI<br><br>Master File No. 3:07-md-01827-SI<br><br>MDL No. 1827 SI<br>**ORDER GRANTING**<br>**STIPULATION OF EXTENSION OF**<br>**TIME TO RESPOND TO COMPLAINT** |

1

Whereas Sony Electronics Inc. and Sony Computer Entertainment America LLC ("Sony") filed a complaint in the above-captioned case against LG Display Co., Ltd. and LG Display America, Inc. ("LG") on December 10, 2010 ("Complaint");

Whereas on April 25, 2011, LG agreed to waive service of the Complaint under Federal Rule of Civil Procedure 4(d) and the parties stipulated to extend LG's deadline to move to dismiss, answer, or otherwise respond to the Complaint until 90 days from April 25, 2011; and

Whereas LG and Sony seek additional time to discuss an amicable resolution of the case;

Therefore, LG and Sony hereby agree that LG's deadline to move to dismiss, answer, or otherwise respond to the Complaint will be September 15, 2011.

Dated: May 27, 2011

SIMPSON THACHER & BARTLETT LLP

By:   /s/ Jonathan Sanders
      Jonathan Sanders

DATED: 5/31/11


IT IS SO ORDERED
Judge Susan Illston

2550 Hanover Street
Palo Alto, California 94304
Tel: (650) 251-5000
Fax: (650) 251-5002
Email: jsanders@stblaw.com

Arman Oruc (*pro hac vice*)
aoruc@stblaw.com
Jonathan Lin (*pro hac vice*)
jlin@stblaw.com
Jane Lee (*pro hac vice*)
jlee@stblaw.com
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 636-5500
Facsimile: (202) 636-5502

*Attorneys for Defendants*
LG Display Co., Ltd. and
LG Display America, Inc.

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOLME ROBERTS & OWEN LLP

By:    /s/ Richard Mooney
         Richard Mooney

Robert Stolebarger
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Tel: (415) 268-2000
Fax: (415) 268-1999
Email: richard.mooney@hro.com
robert.stolebarger@hro.com

*Attorneys for Plaintiffs*
Sony Electronics Inc. and
Sony Computer Entertainment LLC

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT,
Case No. CV-10-5616-SI

1

## ATTESTATION OF CONCURRENCE IN FILING

2

3

In accord with the Northern District of California's General Order No. 45, Section X(B), I attest that concurrence in the filing of this document has been obtained from Plaintiffs' counsel Richard Mooney.

4

5

Dated: May 27, 2011                    SIMPSON THACHER & BARTLETT LLP

6

7

By:     /s/ Jonathan Sanders
        Jonathan Sanders

8

9

2550 Hanover Street
Palo Alto, California 94304
Tel: (650) 251-5000
Fax: (650) 251-5002
Email: jsanders@stblaw.com

10

11

*Attorney for Defendants*
LG Display Co, Ltd. and
LG Display America, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4