SIMPSON THACHER & BARTLETT LLP
JONATHAN SANDERS (SBN: 228785)
jsanders@stblaw.com
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

ARMAN ORUC (*pro hac vice*)
aoruc@stblaw.com
JONATHAN LIN (*pro hac vice*)
jlin@stblaw.com
JANE LEE (*pro hac vice*)
jlee@stblaw.com
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 636-5500
Facsimile: (202) 636-5502

Counsel for Defendants
LG Display Co., Ltd. and LG Display America, Inc.

**IT IS SO ORDERED**
Judge Susan Illston

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sony Electronics Inc. and Sony Computer Entertainment America LLC, <br><br> Plaintiffs, <br><br> v. <br><br> LG Display Co., Ltd. and LG Display America, Inc., <br><br> Defendants. | Case No. CV-10-5616-SI <br><br> Master File No. 3:07-md-01827-SI <br><br> MDL No. 1827 SI <br><br> **STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

1  Whereas Sony Electronics Inc. and Sony Computer Entertainment America LLC ("Sony") filed a
2  complaint in the above-captioned case against LG Display Co., Ltd. and LG Display America, Inc.
3  ("LGD") on December 10, 2010 ("Complaint");

4

5  Whereas on April 25, 2011, LGD agreed to waive service of the Complaint under Federal Rule of
   Civil Procedure 4(d) and the parties stipulated to extend LGD's deadline to move to dismiss, answer,
6
   or otherwise respond to the Complaint until 90 days from April 25, 2011;
7

8
   Whereas on May 27, 2011, the parties stipulated to extend LGD's deadline to move to dismiss,
9  answer, or otherwise respond to the Complaint until September 15, 2011 to allow additional time to
10 discuss an amicable resolution of the case; and

11

12 Whereas LGD and Sony seek additional time to discuss an amicable resolution of the case and
13 anticipate meeting for such purpose in September 2011;

14

15 Therefore, LGD and Sony hereby agree that LGD's deadline to move to dismiss, answer, or
   otherwise respond to the Complaint will be November 18, 2011.
16

17
   Dated:  August 3, 2011                        SIMPSON THACHER & BARTLETT LLP
18                                      By:      /s/ Jonathan Sanders
                                                 Jonathan Sanders
19
                                                 2550 Hanover Street
20                                               Palo Alto, California 94304
                                                 Tel: (650) 251-5000
21                                               Fax: (650) 251-5002
                                                 Email: jsanders@stblaw.com
22

23                                               Arman Oruc (*pro hac vice*)
                                                 aoruc@stblaw.com
24                                               Jonathan Lin (*pro hac vice*)
                                                 jlin@stblaw.com
25                                               Jane Lee (*pro hac vice*)
                                                 jlee@stblaw.com
26                                               1155 F Street, N.W.
                                                 Washington, D.C. 20004
27                                               Telephone:  (202) 636-5500
                                                 Facsimile: (202) 636-5502
28
                                            2
           STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT,
                              Case No. CV-10-5616-SI

*Attorneys for Defendants*
LG Display Co., Ltd. and
LG Display America, Inc.

1  HOLME ROBERTS & OWEN LLP

2  By: /s/ Richard Mooney
3  Richard Mooney

4  Robert Stolebarger
   560 Mission Street, 25th Floor
5  San Francisco, CA 94105-2994
   Tel: (415) 268-2000
6  Fax: (415) 268-1999
   Email: richard.mooney@hro.com
7  robert.stolebarger@hro.com

8
   *Attorneys for Plaintiffs*
9  Sony Electronics Inc. and
   Sony Computer Entertainment LLC

STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT,
Case No. CV-10-5616-SI

**ATTESTATION OF CONCURRENCE IN FILING**

In accord with the Northern District of California's General Order No. 45, Section X(B), I attest that concurrence in the filing of this document has been obtained from Plaintiffs' counsel Richard Mooney.

Dated: August 3, 2011            SIMPSON THACHER & BARTLETT LLP

                        By:    /s/ Jonathan Sanders
                               Jonathan Sanders

                               2550 Hanover Street
                               Palo Alto, California 94304
                               Tel: (650) 251-5000
                               Fax: (650) 251-5002
                               Email: jsanders@stblaw.com

                               *Attorney for Defendants*
                               LG Display Co., Ltd. and
                               LG Display America, Inc.