IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION _____/ <br><br> This Order Relates to: <br><br> Sony Electronics Inc. and Sony Computer Entertainment America LLC, <br><br>     Plaintiffs, <br><br>   v. <br><br> LG Display Co., Ltd., LG Display America, Inc., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc., <br><br>     Defendants. _____/ | No. M 07-1827 SI <br> MDL. No. 1827 <br><br> Case No.: C 10-5616 SI <br><br> **ORDER DENYING SONY'S MOTION TO FILE CONSOLIDATED COMPLAINT UNDER SEAL** |

    The Court has reviewed the information that the Sony plaintiffs wish to file under seal. None of the information appears to be current "sensitive business information." Accordingly, the Court DENIES plaintiffs' motion. Master Docket No. 5647.

    **IT IS SO ORDERED.**

Dated: May 29, 2012

                                                                                              SUSAN ILLSTON <br>
                                                                                              United States District Judge